IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :  Crim. No. 2:16CR130 |
| | : |
| ANTHONY DERRELL FOYE | : |
| | : |
| Defendant. | : |

### DEFENDANT'S NOTICE OF APPEAL

COMES NOW the Defendant, Anthony Derrell Foye, by counsel, and notes his appeal to the Court's January 10, 2018 denial of his Motion to Withdraw Guilty Plea (DCDN 244) and to the conviction and sentence imposed, as contained in the Judgment in a Criminal Case entered May 4, 2018 (DCDN 420).

        Respectfully Submitted,
        ANTHONY DERRELL FOYE

        By: _____/s/_____
        Amy L. Austin, Esquire
        Virginia Bar Number: 46579
        Counsel for Anthony D. Foye
        The Law Office of Amy L. Austin, PLLC
        101 Shockoe Slip, Suite M
        Richmond, VA 23219
        (804) 343-1900
        (804) 343-1901 Fax
        Amyaustinlawyer@gmail.com

        _____/s/_____
        Melinda R. Glaubke, Esquire
        Virginia Bar Number: 31691
        Counsel for Anthony D. Foye
        Slipow, Robusto & Kellam, P.C.
        2476 Nimmo Parkway, Suite 121
        Virginia Beach, VA 23456

(757) 427-5094
(757)427-1727 Fax
mglaubke@srklawfirm.com

CERTIFICATE OF SERVICE

We hereby certify that on the 24th day of April, 2018, we electronically filed the foregoing Notice of Appeal with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew C. Bosse
U.S. Attorney's Office
101 W Main St
Suite 8000
Norfolk, VA 23510
(757) 441-6331
andrew.bosse@usdoj.gov

John F. Butler
U.S. Attorney's Office (Norfolk)
101 W. Main Street
Suite 8000
Norfolk, VA 23510
(757) 441-6331
(757) 441-6689 (fax)
john.f.butler@usdoj.gov

Joseph E. DePadilla
United States Attorney's Office
101 W Main St
Suite 8000
Norfolk, VA 23510
(757) 441-6331
(757) 441-6689 (fax)
joe.depadilla@usdoj.gov

            /s/
Amy L. Austin, Esquire
Virginia Bar Number: 46579
Counsel for Anthony D. Foye
The Law Office of Amy L. Austin, PLLC
101 Shockoe Slip, Suite M
Richmond, VA 23219
(804) 343-1900
(804) 343-1901 Fax
Amyaustinlawyer@gmail.com


            /s/
Melinda Ruth S. Glaubke, Esquire
Virginia State Bar No.: 31691
Counsel for Anthony D. Foye

2

Slipow, Robusto & Kellam, P.C.
2476 Nimmo Parkway, Suite 121
Virginia Beach, VA 23456
Telephone Number: (757) 427-5094
Facsimile Number: (757) 427-1727
mglaubke@srklawfirm.com

Case 2:16-cr-00130-MSD-LRL   Document 423   Filed 05/07/18   Page 3 of 3 PageID# 4038