IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 2:16CR130-005 |
| | ) | |
| MALEK LASSITER, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure and other applicable law, please take notice that Defendant/Appellant Malek Lassister hereby appeals to the United States Court of Appeals for the Fourth Circuit the Judgment in a Criminal Case announced and imposed by the United States District Court for the Eastern District of Virginia on February 23, 2022 (ECF 689), convicting him of committing offenses charged in the Second Superseding Indictment against him and sentencing him to three hundred months in prison.

Defendant/Appellant's appointed counsel is listed below. Counsel for the Appellee United States of America are Assistant United States Attorneys Joseph DePadilla, Esq., John F. Butler, Esq., Andrew Bosse, Esq., United States Attorney's Office, 101 West Main Street, Suite 8000, Norfolk, Virginia 23510.

MALEK LASSITER

By: s/Paul G. Beers
        Of Counsel

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone (540) 224-8035
Facsimile (540) 224-8050
Email: pbeers@glennfeldmann.com

Counsel for Malek Lassiter

Certificate of Service

I hereby certify that on March 1, 2022, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

s/Paul G. Beers
Paul G. Beers